Lakeland Phosphate & Fertilizer Company, Plaintiff in Error, v. Southern States Bag Company, Defendant in Error.

A Writ of Error to the Circuit Court for Polk County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*T. S. Trantham,* for Plaintiff in Error;

*R. B. Huffaker,* for Defendant in Error.

---

F. P. Patterson, alias Bob Patterson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Taylor County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*W. P. Chavous,* for Plaintiff in Error.

---

Meredith Lumber Company, a corporation, in its own name and in the names of J. P. Middlemas and Estelle S. Middlemas, his wife, James Menzies and Mary E. Menzies, his wife, T. C. White and C. McC. Davis, Appellants, v. Joseph Dixon Crucible Company, a corporation, Appellee.

An Appeal from the Circuit Court for Levy County.

Appeal dismissed on motion of counsel for Appellant.